**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ernie Lynn Vallery
Attorney at Law
526 Murray St.
Alexandria LA 71301

**REHEARING ACTION: December 30, 2015**

**Docket Number: 15   00308-CA**

**THOMAS NEARHOOD**
**VERSUS**
**FITNESS PARTNERS OF PINEVILLE, ET AL.**

**Appealed from Rapides Parish Case No. 248,664**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. James T. Genovese**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Thomas Nearhood** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.

cc: Ashley C. Wimberly, Counsel for the Appellee
    Andrew David Weinstock, Counsel for the Appellee